# United States District Court
## for the
## Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Jarvis Burl | Case Number: 5:23CR00101 |

Name of Sentencing Judicial Officer:  Honorable Frank W. Volk, Chief United States District Judge

Date of Original Sentence:    November 16, 2023

Original Offense:    18 U.S.C. §§ 1791(a)(2): Possession of a prohibited object by an inmate

Original Sentence:    12 months of imprisonment to run consecutively to Case No. 2020-CF1-003155 in the Superior Court of Washington, D.C., followed by 36 months of supervised release

Type of Supervision:    Supervised Release        Date Supervision Commenced:  August 19, 2025

Asst. U.S. Attorney:    Timothy D. Boggess        Defense Attorney:  David R. Bungard, AFPD

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes the defendant has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of mandatory condition:  You shall not unlawfully possess a controlled substance:** |

On August 26 and August 29, 2025, the offender submitted urine specimens that tested positive for marijuana.

On September 5 and September 16, 2025, the offender submitted urine specimens that tested positive for marijuana.

On October 3, 2025, the offender submitted a urine specimen that tested positive for marijuana.

On October 10, 2025, the offender submitted a urine specimen that tested positive for marijuana and amphetamine

On October 17 and October 28, 2025, the offender submitted urine specimens that tested positive for marijuana.

On October 31, 2025, the offender submitted a urine specimen that tested positive for marijuana, cocaine, amphetamine and fentanyl.

On November 4, 2025, the offender admitted to the probation officer he was using marijuana since his release from the Bureau of Prisons.

On November 14, 2025, the offender submitted a urine specimen that tested positive for marijuana and amphetamine.

On November 25, 2025, the offender submitted a urine specimen that tested positive for marijuana, cocaine, amphetamine and fentanyl.

2. **Violation of mandatory condition: You shall refrain from any unlawful use of a controlled substance**

The probation officer realleges the conduct contained within Violation Number One.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for year(s), for a total term of years.
[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully Submitted,

Justin L. Gibson
Senior United States Probation Officer
December 5, 2025

THE PROBATION OFFICER RESPECTFULLY REQUESTS THE PETITION AND WARRANT BE SEALED PENDING EXECUTION

THE COURT ORDERS

[ ] No Action
[ ] The issuance of a Warrant
[X] The Issuance of a Warrant. The Petition and Warrant be SEALED until the defendant is arrested. No further order shall be needed to unseal same once the offender has been arrested. A copy of this Order to be sent to the U.S. Probation Office, U.S. Attorney's Office, and the U.S. Marshals Service.
[ ] The Issuance of a Summons
[ ] Other



Frank W. Volk
Chief United States District Judge

December 8, 2025
Date